OPINION — AG — UNDER 59 O.S. 1971 1263 [59-1263], ET SEQ., IT IS THE OPINION OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA THAT THE OKLAHOMA STATE BOARD OF REGISTRATION OF SOCIAL WORKERS CANNOT BY RULE OR REGULATION, ADOPT A SERVICE CHARGE FOR PROVIDING REGISTRATION SERVICES TO THE SOCIAL WORKERS OF OKLAHOMA. CITE: 59 O.S. 1971 1251-1273 [59-1251] — [59-1273], 75 O.S. 1978 Supp. 301-327 [75-301] — [75-327], (LEE ANNE WILSON-ZALKO)